# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHASE FROST<br><br>v.<br><br>CITY OF PHILADELPHIA | CIVIL ACTION<br><br>NO. 17-3869 |

## ORDER RE: DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

**AND NOW,** this 17th day of June, 2019, upon consideration of Defendant's Motion for Summary Judgment (ECF 24), the Response thereto (ECF 27), oral argument, supplemental letter briefs, and as laid out in the accompanying Memorandum, it is hereby ORDERED that Defendant's Motion for Summary Judgement is GRANTED. Plaintiff's Amended Complaint is dismissed, and the Clerk of Court is directed to close this case.

**BY THIS COURT:**

/s/ Michael M. Baylson
_____
**MICHAEL M. BAYLSON**
**United States District Court Judge**

O:\CIVIL 17\17-3869 Frost v City of Phila\17cv3869 MSJ Order.docx