IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHASE FROST, | : |
| Plaintiff, | : |
| | : CIVIL ACTION NO. |
| v. | : 17-cv-3869 |
| CITY OF PHILADELPHIA | : |
| Defendant. | : |

### NOTICE OF APPEAL

Notice is hereby given that Chase Frost, Plaintiff, hereby appeals to the United States Court of Appeals for the Third Circuit from an Order granting Defendant City of Philadelphia's Motion for Summary Judgment (Doc. No. 39), entered on June 17, 2019.

Dated: July 12, 2019

Respectfully submitted,

CONSOLE MATTIACCI LAW, LLC

_____
Rahul Munshi, Esq.
1525 Locust St., Ninth Floor
Philadelphia, PA 19102
(215) 545-7676

Attorney for Chase Frost

**CERTIFICATE OF SERVICE**

I, Rahul Munshi, hereby certify that Plaintiff Chase Frost's Notice of Appeal was filed using the ECF system, through which this document is available for viewing and downloading, causing a notice of electronic filing to be served upon the following counsel of record:

Frank E. Wehr II, Esquire<br>
City of Philadelphia Law Department<br>
1515 Arch Street, 16th Floor<br>
Philadelphia, PA 19102<br>
<br>
Attorney for Defendant

CONSOLE MATTIACCI LAW, LLC

_/s/ Rahul Munshi_____
Rahul Munshi, Esquire
1525 Locust St.
Ninth Floor
Philadelphia, PA 19102

Counsel for Plaintiff, Chase Frost

Dated: July 12, 2019