UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 19-2636
_____

CHASE FROST,

Appellant

v.

CITY OF PHILADELPHIA

Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Civil Action No. 2-17-cv-03869)
District Judge: Honorable Michael M. Baylson

Submitted under Third Circuit LAR 34.1(a)
on April 16, 2020

Before: CHAGARES, SCIRICA and ROTH, Circuit Judges

**JUDGMENT**

This case came on to be heard on the record from the United States District Court for the Eastern District of Pennsylvania and was submitted under Third Circuit LAR 34.1(a) on April 16, 2020.

Upon consideration whereof,

**IT IS ORDERED AND ADJUDGED** by this Court that the judgment of the District Court entered June 18, 2019, be and the same is hereby **AFFIRMED**, costs to be assessed against appellant.

All of the above in accordance with the Opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: January 6, 2021

**Certified as a true copy and issued in lieu of a formal mandate on** 01/28/2021

**Teste:** *Patricia A. Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**